IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00153-BNB

LOUIS PEOPLES,

    Plaintiff,

v.

JOSEPH ORTIZ, Executive Director, C.D.O.C.,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 1 2007

GREGORY C. LANGHAM
                CLERK

## ORDER

Plaintiff, Louis Peoples, is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Limon Correctional Facility at Limon, Colorado. Mr. Peoples initiated this action by filing *pro se* a complaint pursuant to 42 U.S.C. § 1983 asserting two claims that his rights under the United States Constitution have been violated. On February 5, 2007, the court entered an order directing Mr. Peoples to file an amended complaint that clarifies how Defendant personally participated in the two constitutional violations. On February 16, 2007, Mr. Peoples filed a "Motion to Amend Order Requiring Filing of Amended Complaint or in the Alternate, Enlargement of Time to do so."

The court must construe the motion liberally because Mr. Peoples is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110.

As noted above, Mr. Peoples asserts two claims for relief in this action. In his first claim he alleges that his Eighth Amendment rights have been violated because he is being denied adequate medical care and basic sanitation products. In his second claim Mr. Peoples alleges that his constitutional rights have been violated because prison officials are taking a portion of the funds deposited into his prison account to pay restitution in two cases for which he contends he no longer owes restitution. The court ordered Mr. Peoples to file an amended complaint because Mr. Peoples fails to allege any facts in the complaint to demonstrate that Defendant personally participated in the asserted constitutional violations. Mr. Peoples alleges in his motion that the executive director of the DOC is the proper Defendant in this action because Defendant is responsible for official DOC administrative regulations pursuant to which his rights have been violated. Therefore, Mr. Peoples asks the Court to reconsider and amend the order directing him to file an amended complaint.

Mr. Peoples' request that the court reconsider and amend the order directing him to file an amended complaint will be denied. The court did not direct Mr. Peoples to name any particular Defendant or Defendants in this action. Mr. Peoples simply must allege facts that demonstrate how the named Defendant or Defendants personally participated in the asserted constitutional violations. Mr. Peoples does not make clear in his complaint that he is challenging official DOC administrative regulations on their face and that he is suing Defendant for adopting those regulations. If that is his intent, he must make that intention clear in an amended complaint. Mr. Peoples' alternative request for an extension of time to file an amended complaint will be granted. Accordingly, it is

ORDERED that the "Motion to Amend Order Requiring Filing of Amended Complaint or in the Alternate [sic], Enlargement of Time to do so" filed on February 16, 2007, is denied in part and granted in part. It is

FURTHER ORDERED that Mr. Peoples' request to reconsider and amend the order directing him to file an amended complaint is denied. It is

FURTHER ORDERED that Mr. Peoples' alternative request for an extension of time to file an amended complaint is granted up to and including **March 30, 2007**. It is

FURTHER ORDERED that, if Mr. Peoples fails within the time allowed to file an original and sufficient copies of an amended complaint as directed, the action will be dismissed without further notice.

DATED February 21, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00153-BNB

Louis Peoples
Prisoner No. 43943
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/21/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk