IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00153-WDM-CBS

LOUIS PEOPLES,
    Plaintiff,
v.

ARISTEDES ZAVARAS, Executive Director, C.D.O.C. (Individual and Official capacity),
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Peoples' "Motion to Amend Complaint or in the Alternative Dismiss Claim One without Prejudice" (filed July 16, 2007) (doc. # 25). Pursuant to the Order of Reference dated May 31, 2007 (doc. # 17) and the memorandum dated July 18, 2007 (doc. # 26), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    At this stage of the case, Mr. Peoples may amend his "Amended Prisoner Complaint" (doc. # 9) "only by leave of court or by written consent of the adverse party . . . ." Fed. R. Civ. P. 15(a). The court may deny a motion to amend a complaint for failure to submit the proposed amendment. *See Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes v. City of Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion). Mr. Peoples has not submitted a copy of his proposed [Second] Amended Complaint to the court. The court may properly deny Mr. Peoples' request to again amend his complaint, based on Mr. Peoples' failure to submit a

copy of the proposed [Second] Amended Complaint to the court.  Accordingly,

IT IS ORDERED that Mr. Peoples' "Motion to Amend Complaint or in the Alternative Dismiss Claim One without Prejudice" (filed July 16, 2007) (doc. # 25) is DENIED *without prejudice* for failure to submit a copy of the proposed [Second] Amended Complaint.

DATED at Denver, Colorado, this 23rd day of July, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge