IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00153-WDM-CBS

LOUIS PEOPLES,

    Plaintiff,

v.

ARISTEDES ZAVARIS, Executive Director, C.D.O.C. (Individual and Official capacity),

    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Renewed Motion to Amend Complaint" [filed August 17, 2007; doc. 28]. Pursuant to the Order of Reference dated May 31, 2007 [doc. 17] and the memorandum dated August 22, 2007 [doc. 30], this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    At this stage of the case, Mr. Peoples may amend his "Amended Prisoner Complaint" [filed March 15, 2007; doc. 9] "only by leave of court or by written consent of the adverse party...." Fed. R. Civ. P. 15(a). During the motion hearing held on September 18, 2007, Mr. Peoples stated on the record that he intended to withdraw his first claim for relief, which he inadvertently included in his proposed Second Amended Prisoner Complaint [attachment #1 to doc. 28]. Further, Mr. Peoples stated that he intends to further amend his complaint to properly name more defendants. Finally, Mr. Peoples stated that he will

make it clear, in his response to Defendant's Motion to Dismiss Amended Complaint [doc. 20], what claims he plans to continue to pursue. In light of these representations made by Mr. Peoples on the record, it is not clear that the proposed amended complaint included with Mr. Peoples' Renewed Motion to Amend accurately reflects Mr. Peoples' current position regarding amendment of his complaint. Accordingly,

IT IS ORDERED that "Plaintiff's Renewed Motion to Amend Complaint [filed August 17, 2007; doc. 28] is DENIED *without prejudice* to Mr. Peoples' right to refile, when he ascertains which parties and claims he wishes to include in his complaint.

DATED at Denver, Colorado, this 19th day of September, 2007

BY THE COURT:

s/ Craig B Shaffer
United States Magistrate Judge