IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00153-WDM-CBS

LOUIS PEOPLES,
    Plaintiff,
v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections (Individual and Official Capacity),
    Defendant.

---

SECOND ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

    Mr. Peoples was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. Section1915(b)(2) requires an indigent inmate plaintiff to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. Mr. Peoples has been directed to make such payments. (*See* "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 5); "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 14)).

    On May 7, 2007, the court specifically ordered Mr. Peoples to either to make the required monthly payment for the months of March and April 2007 or to show cause why he has no assets and no means by which to make the monthly payments. (*See* doc. # 14). The court has repeatedly warned Mr. Peoples that a failure to comply with its Orders may result in the dismissal of this civil action. (*See* docs. # 5 and # 14).

    Since the filing of his initial Complaint, Mr. Peoples has not made any partial filing fee payments, but has filed six inmate trust fund account statements reflecting

income credited to his account between July 1, 2006 and October 3, 2007. (*See* docs. # 4, # 15, # 19, # 24, # 29, and # 34). Mr. Peoples' filings reflect income credited to his account in the amounts of $8.53 in January 2007, $20.39 in March of 2007, $18.40 in April of 2007, $18.81 in May of 2007, $26.53 in June of 2007, $19.88 in July of 2007, and $13.77 in September of 2007, 20% of which should have been paid into the court registry toward Mr. Peoples' filing fee. (*See* docs. # 4, # 15, # 19, # 24, # 29, and # 34). The record demonstrates that Mr. Peoples has failed to comply with the court's Orders, has failed to make the required monthly payments, and has failed to show good cause for his failure to submit any monthly payments.

Nor is it sufficient for Mr. Peoples to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Hereafter the court will require Mr. Peoples, by the **15th day** of **each month** and without any further notice from or order of the court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Mr. Peoples fails to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the court will recommend that the case be dismissed for failure to comply with § 1915 and the court's Orders.

Accordingly, IT IS ORDERED that:

1. **On or before December 15, 2007**, Mr. Peoples shall pay into the court registry $4.07 for his 20% filing fee payment for the month of March 2007, $3.68 for his

2

20% filing fee payment for the month of April 2007, $5.30 for his 20% filing fee payment for the month of June 2007, $3.97 for his 20% filing fee payment for the month of July 2007, and $2.75 for his 20% filing fee payment for the month of September 2007, for a total payment of $19.77.

2.  By the **15th day** of **each** month Mr. Peoples shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant t o 28 U.S.C. § 1915(b)(2) to make a monthly payment. If payment is made for the preceding month, in order to verify that the appropriate amount is being paid, Mr. Peoples must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

3.  If Mr. Peoples fails to comply with this Order, the court will recommend dismissal of this civil action without further notice.

DATED at Denver, Colorado this 21st day of November, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge