IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   07-cv-00153-WDM-CBS

LOUIS PEOPLES,

      Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections
(Individual and Official Capacity),

      Defendant.

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

Miller, J.

      This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer

(doc no. 43), issued February 25, 2008, that Plaintiff's remaining claim be dismissed with

prejudice because of Plaintiff's failure to pay his filing fees or to timely show his inability

to pay pursuant to 18 U.S.C. § 1915.   Plaintiff did not file an objection to the

recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).  For

the reasons set forth below, I accept Magistrate Judge Shaffer's recommendation.

      I have reviewed the pertinent portions of the record in this case, including the

complaint, Magistrate Judge Shaffer's previous orders directing Plaintiff to make required

monthly payments or show cause why he has no assets, Plaintiff's responses to these

orders, and Plaintiff's various filings of his inmate trust fund account statements.  I take

judicial notice that Plaintiff has made payments inconsistently and was twice ordered to

make payments or to show cause. Plaintiff has made no payment and has filed nothing with the court to demonstrate his inability to make such payment since January 14, 2008. I agree with Magistrate Judge Shaffer that Plaintiff has been adequately warned about his obligations in this regard and that Plaintiff's failure to make monthly payments or to file certified inmate account fund statements is willful. Further, I agree with Magistrate Judge Shaffer's analysis under *Ehrenhaus v. Reynolds,* 965 F.2d 916 (10th Cir. 1992), which supports dismissal of Plaintiff's claim with prejudice.

Accordingly, it is ordered:

1.    The recommendation of Magistrate Judge Craig B. Shaffer (doc no. 43) is accepted. Plaintiff's remaining claim is dismissed with prejudice.

DATED at Denver, Colorado, on March 25, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge
